No. 798, Misc.  HANLEY *v.* LANGLOIS, WARDEN.  Supreme Court of Rhode Island.  Certiorari denied.

No. 799, Misc.  LIPARI *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 809, Misc.  STEELE *v.* UNITED STATES. · C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 816, Misc.  ENRIQUEZ ET AL. *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 819, Misc.  SCOTT *v.* CITIZENS NATIONAL TRUST & SAVINGS BANK OF LOS ANGELES ET AL.  Supreme Court of California.  Certiorari denied.

No. 820, Misc.  DAVENPORT *v.* SUPERIOR COURT OF CALIFORNIA, FOR LOS ANGELES COUNTY, ET AL.  Supreme Court of California.  Certiorari denied.

No. 822, Misc.  KIRBY *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 824, Misc.  WILLIAMS *v.* MARYLAND.  Circuit Court for Prince Georges County, Maryland.  Certiorari denied.

No. 826, Misc.  SATTERFIELD *v.* COCHRAN, CORRECTIONS DIRECTOR.  Supreme Court of Florida.  Certiorari denied.

No. 827, Misc.  TAYLOR *v.* WARDEN, MARYLAND PENITENTIARY.  Circuit Court of Baltimore County, Maryland.  Certiorari denied.